UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

DENNIS FARRELL,

                            Plaintiff,

        v.                                            **ORDER AUTHORIZING DEPOSITION OF INCARCERATED INDIVIDUAL**

LESTER SILVER,

                            Defendant.                     **23-CV-9488 (LAP)**

_____

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an attorney with the law firm of Conway, Donovan & Manley, PLLC, may take the deposition of DENNIS FARRELL, DIN No. 03A3346, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff's counsel and the Superintendent of the Correctional Facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: _____January 17_____, 2025

                                                     **SO ORDERED:**

                                                     _/s/ Loretta A. Preska_

                                                     HON. LORETTA A. PRESKA
                                                     UNITED STATES DISTRICT JUDGE